| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Luke Jackson (SBN 230084)<br>Vokshori Law Group, APLC<br>1010 Wilshire Blvd., Ste. 1404<br>Los Angeles, CA 90017<br><br>Telephone: (213) 986-4323<br>Facsimile: (310) 881-6996<br>Email: luke@voklaw.com<br><br>☐ *Debtor's appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Angela Flores Toledo<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 1:18-bk-10668-MT<br><br>CHAPTER 13 |
|---|---|
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]** |
| | DATE: 07/31/2018<br>TIME: 11:00 AM<br>COURTROOM: 302<br>ADDRESS: 21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |

**TO CREDITOR HOLDING JUNIOR LIEN** (*name*):
Trinity Financial Services, LLC

1. **NOTICE IS HEREBY GIVEN** that on and at the above date, time and place indicated above, Debtor in the above-captioned case will move this court for an order granting the relief set forth in the motion and accompanying supporting documents served and filed herewith.

2. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

3. **Deadline for Opposition Papers:** This motion is being heard on regular notice pursuant to LBR 9013-1. If you oppose this motion, you must file a written opposition with the court and serve a copy of it upon the Debtor or Attorney for Debtor at the address set forth above no later than 14 days before the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                            Page 1                                    **F 4003-2.4.JR.LIEN.MOTION**

4. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies under penalty of perjury under the laws of the United States of America that the above-stated hearing date and time were available for this type of Motion according to the self-calendaring procedures of the assigned judge, (*specify name of judge*) Judge Maureen A. Tighe                   .

Executed on (*date*):  06/15/2018

    Vokshori Law Group, APLC
    Printed name of law firm (if applicable)

    Luke Jackson
    Printed name of Debtor or Attorney for Debtor

    /s/ Luke Jackson
    Signature of Debtor or Attorney for Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*  Page 2  **F 4003-2.4.JR.LIEN.MOTION**

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
**(DEBTOR:** Angela Flores Toledo **)**

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent):** Trinity Financial Services, LLC

1. **Subject Property:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

    Street address: 13536 Beaver Street
    Unit number: -
    City, county, state, zip code: Sylmar, CA  91342
    Legal description and/or map/book/page number, including county of recording:
    [Legal description attached hereto.]

    ☒ See attached page for legal description of Property or document recording number.

2. **Subject Lien**

    Date and place of recordation of lien recording instrument number and document recording number (*specify*)
    5/17/2007 in the County Recorder for the County of Los Angeles, Document No. 20071202202

3. **Case History**:

    a. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 of the Bankruptcy Code, 11 U.S.C. was filed in this case on (*specify petition date*): 03/15/2018 .

    b. ☐ An Order of Conversion to Chapter 13 was entered in this case on (*specify date*): _____.

4. **Grounds for Avoidance of Junior Lien**:

    a. As of (*date of title review*) 06/07/2018 , the Property is subject to the following liens in the amounts specified securing the debt against the Property that Debtor seeks to have treated as indicated:

    (1) (*Name of holder of 1st lien*) JP Morgan Chase Bank, NA, as servicer... in the amount of $641,450.71 .

    (2) (*Name of holder of 2nd lien*) Trinity Financial Services, LLC   in the amount of $ 88,829.00   ☒ is ☐ is not  to be avoided;

    (3) (*Name of holder of 3rd lien*) _____ in the amount of $ _____ ☐ is ☐ is not  to be avoided;

    ☐ See attached page for additional lien(s).

    As of (*date of valuation/appraisal*) 01/23/2018 , Property is worth no more than (*value per valuation/appraisal*) $ 480,000.00 .

    b. As shown here, the Creditor holding the judicial lien encumbering the Property is wholly unsecured.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017    Page 3    F 4003-2.4.JR.LIEN.MOTION

c. **Evidence in Support of Motion:**

(1) ☒ The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*) Proof of Claim, attached hereto and identified as Exhibit 1.

(2) ☒ The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*) Proof of Claim, attached hereto and identified as Exhibit 2.

(3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*) _____, attached hereto and identified as Exhibit ___.

(4) ☐ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit ___.

(5) ☒ The value of the Property from paragraph 3(b) is based on (*type of evidence*) Real Property Appraisal, attached as Exhibit 3.

(6) ☒ Debtor submits the attached Declaration(s).

(7) ☐ Other evidence (*specify/identify supplemental evidence*): _____, attached as Exhibit ___.

WHEREFORE, Debtor requests that this court issue an order granting this motion in the form of the **Attachment** to this motion. *(Attach a separate Attachment for each lien to be avoided.)*

Date: 06/15/2018

Respectfully submitted,

/s/ Luke Jackson
Signature of Debtor or Attorney for Debtor

Luke Jackson
Printed name of Debtor or Attorney for Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 4                                    **F 4003-2.4.JR.LIEN.MOTION**

# ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 506: VALUATION/LIEN AVOIDANCE)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** Trinity Financial Services, LLC.

2. **Subject Lien:** Date and place or recordation of lien (*specify*): 5/17/2007 in the County Recorder for the County of Los Angeles

    Recorder's instrument number and/or document recording number: 20071202202.

3. **Collateral:**
    a. Real property (street address, city, county and state, where located, legal description or map/book/page number, including county of recording): 13536 Beaver Street, Sylmar, CA 91342. ☒ See attached page.
    b. Other collateral: _____. ☐ See attached page.

4. **Secured Claim Amount Determination**
    a. Value of Collateral: ................................................................... $ 480,000.00
    b. Senior Liens (reducing equity in the property to which the Subject Lien can attach):
        (1) First lien: ................................................ ($ 641,450.71)
        (2) Second lien: ........................................... ($ 88,829.00)
        (3) Third lien: ............................................... ($ _____)
        (4) Additional senior liens (*attach list*): ......... ($ _____)
        Subtotal: ................................................................................. ($ 730,279.71)
    c. Secured Claim Amount (negative results should be listed as -$0-): $ -250,279.71

    Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims in Class 5A of the Plan.

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The effective date of avoidance of the Subject Lien (Lien Avoidance Effective Date) will be upon:
    ☒ completion of the Chapter 13 Plan, or ☐ receipt of a Chapter 13 discharge in this case.

6. **Retention of lien until avoidance:** The Creditor Lienholder will retain the Subject Lien for the full amount due under the corresponding note and deed of trust, mortgage or lien if the Debtor's Chapter 13 case is dismissed or converted to any other chapter under the Bankruptcy Code, or if the Collateral is sold or refinanced, prior to the Lien Avoidance Effective Date.

7. **Retention of rights upon foreclosure of other lien:** In the event that the holder of any other lien on the Collateral forecloses on its interest and extinguishes the Creditor Lienholder/Servicer's lien rights prior to the Lien Avoidance Effective Date, the Creditor Lienholder's lien shall attach to any proceeds greater than necessary to pay the senior lien(s) from the foreclosure sale.

☐ See attached page(s) for more liens/provisions.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                              Page 5                                              F 4003-2.4.JR.LIEN.MOTION

# EXHIBIT "A"

## LEGAL DESCRIPTION

All that certain real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

PARCEL 1:

THE NORTHEASTERLY 66.53 FEET (MEASURED ALONG THE NORTHWESTERLY LINE) OF THAT PORTION OF THE SOUTH 10 ACRES OF BLOCK 32 OF THE MACLAY RANCHO EXMISSION OF SAN FERNANDO, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 72 PAGES 5 TO 16 INCLUSIVE OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, LYING NORTHWESTERLY OF A STRAIGHT LINE BETWEEN A POINT IN THE SOUTHWESTERLY LINE OF SAID BLOCK 32, DISTANT NORTHWESTERLY THEREON 345.62 FROM THE NORTHWESTERLY LINE OF HUBBARD STREET, 60 FEET WIDE, ADJOINING SAID BLOCK 32 ON THE SOUTHEAST AND A POINT IN THE NORTHEASTERLY LINE OF THE SOUTH 10 ACRES OF BLOCK 32, DISTANT NORTHWESTERLY THEREON 345.68 FEET FROM SAID NORTHWESTERLY LINE OF HUBBARD STREET, 60 FEET WIDE.

EXCEPT THE SOUTHWESTERLY 17.33 FEET (MEASURED AT RIGHT ANGLES) OF THE SOUTHEASTERLY 157.945 FEET (MEASURED ALONG THE SOUTHWESTERLY LINE OF SAID LAND).

ALSO EXCEPT FOR STREET PURPOSES THE NORTHWESTERLY 30 FEET THEREOF AND THE FOLLOWING DESCRIBED PORTION THEREOF.

BEGINNING AT A POINT WHICH BEARS SOUTH 47° 08' 40" EAST 30 FEET FROM THE SOUTHEASTERLY EXTREMITY OF WHEELER STREET 30 FEET WIDE, AS SHOWN ON TRACT NO. 8813, AS PER MAP RECORDED IN BOOK 114, PAGES 81 AND 82 OF MAPS, RECORDS OF LOS ANGELES COUNTY; THENCE CONTINUING SOUTH 47° 08' 40" EAST 15 FEET; THENCE SOUTH 42° 49' 00" WEST 50 FEET; THENCE NORTHWESTERLY ALONG A CURVE CONCAVE SOUTHERLY, HAVING A RADIUS OF 15 FEET, A CENTRAL ANGLE OF 90° 02' 20" A DISTANCE OF 23.57 FEET; THENCE NORTH 42° 49' 00" EAST 45.01 FEET TO THE POINT OF BEGINNING.

PARCEL 2:

THE SOUTHWESTERLY 10.30 FEET (MEASURED ALONG THE NORTHWESTERLY LINE) OF THAT PORTION OF THE EAST 10 ACRES OF BLOCK 32 OF THE MACLAY RANCHO EXMISSION OF SAN FERNANDO, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 37 PAGES 5 TO 16 INCLUSIVE OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, LYING NORTHWESTERLY OF A STRAIGHT LINE BETWEEN A POINT IN THE NORTHEASTERLY LINE OF SAID BLOCK 32, DISTANT NORTHWESTERLY THEREON 345.74 FEET FROM THE NORTHWESTERLY LINE OF HUBBARD STREET, 60 FEET WIDE, ADJOINING SAID BLOCK 32 ON THE SOUTHEAST AND A POINT IN THE SOUTHWESTERLY LINE OF SAID EAST 10 ACRES OF BLOCK 32, DISTANT NORTHWESTERLY THEREON 345.68 FEET FROM THE SAID NORTHEASTERLY LINE OF HUBBARD STREET, 60 FEET WIDE.

EXCEPT FOR STREET PURPOSES THE NORTHWESTERLY 30.00 FEET THEREOF.

APN: 2510-020-018

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1010 Wilshire Blvd., Ste. 1404, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)] AND** DECLARATION OF DEBTOR ANGELA TOLEDO IN SUPPORT AND EXHIBITS 1-3 WITH PROOF OF SERVICE
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/15/2018 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy L Lee (Courtesy NEF): bknotice@mccarthyholthus.com; Elizabeth Rojas (TR): cacb_ecf_sv@ch13law.com; Trinity Financial Services, LLC by rgarcia@bwslaw.com, rreynolds@bwslaw.com; US Trustee (SFV): ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) 06/15/2018 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[See manner of service on following pages.]

Chambers Copy: The Hon. Maureen Tighe, USDC - CDCA Bankruptcy, 21041 Burbank Blvd., Ctrm. 302, Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/15/2018 | Anny Okada | /s/ Anny Okada |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017 — Page 6 — F 4003-2.4.JR.LIEN.MOTION

**SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| 1st lienholder *(name and address)*<br>Chase Records Center<br>Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane<br>Monroe, LA 71203 | Address from:<br>☒ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☒ United States mail<br>☐ Certified mail – Tracking # _____<br>☐ Overnight mail – Tracking # _____<br>Carrier Name: _____ |
|---|---|---|
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)* | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking # _____<br>☐ Overnight mail – Tracking # _____<br>Carrier Name: _____ |
| 1st lienholder *(name)* and Servicing Agent *(name and address)* | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking # _____<br>☐ Overnight mail – Tracking # _____<br>Carrier Name: _____ |

| 2nd lienholder *(name and address)*<br>Trinity Financial Services, LLC<br>2618 San Miguel Drive, Suite 303<br>Newport Beach, CA 92660 | Address from:<br>☒ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☒ Certified mail – Tracking # _____<br>☐ Overnight mail – Tracking # _____<br>Carrier Name: _____ |
|---|---|---|
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)*<br>Don A. Madden III, President<br>Trinity Financial Services, LLC<br>1621 Central Avenue<br>Cheyenne, WY 82001 | Address from:<br>☐ Proof of claim  ☒ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☒ Certified mail – Tracking # _____<br>☐ Overnight mail – Tracking # _____<br>Carrier Name: _____ |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)* | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking # _____<br>☐ Overnight mail – Tracking # _____<br>Carrier Name: _____ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                Page 7                                **F 4003-2.4.JR.LIEN.MOTION**

| | | |
|---|---|---|
| 3rd lienholder (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (*specify*): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____ |
| 3rd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (*specify*): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____ |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (*specify*): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____ |

| | | |
|---|---|---|
| Alternative/additional address<br>*(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (*specify*): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____ |
| Alternative/additional address<br>*(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (*specify*): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>    Tracking # _____<br>☐ Overnight mail –<br>    Tracking # _____<br>    Carrier Name: _____ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 8                                    **F 4003-2.4.JR.LIEN.MOTION**