

# APPRAISAL OF REAL PROPERTY

## LOCATED AT:

13536 Beaver St
Sylmar, CA 91342

## FOR:

Angela Toledo

## AS OF:

01/23/2018

## BY:

Manuel Ramirez Jr.
Century Appraising Services
P.O. Box  921057
Sylmar, CA 91342

Main File No. 01232018

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | File No. | 01232018 | |

## TABLE OF CONTENTS

Cover Page ............................................................................................................................ 1
URAR ..................................................................................................................................... 2
Additional Comparables 4-6 ............................................................................................... 8
Market Conditions Addendum to the Appraisal Report .................................................... 9
Supplemental Addendum ................................................................................................... 10
Building Sketch ................................................................................................................... 11
Plat Map .............................................................................................................................. 12
Location Map ...................................................................................................................... 13
Flood Map ........................................................................................................................... 14
Location Map ...................................................................................................................... 15
Subject Photos .................................................................................................................... 16
Photograph Addendum ....................................................................................................... 17
Photograph Addendum ....................................................................................................... 18
Photograph Addendum ....................................................................................................... 19
Photograph Addendum ....................................................................................................... 20
Photograph Addendum ....................................................................................................... 21
Photograph Addendum ....................................................................................................... 22
Photograph Addendum ....................................................................................................... 23
Photograph Addendum ....................................................................................................... 24
Photograph Addendum ....................................................................................................... 25
Photograph Addendum ....................................................................................................... 26
Photograph Addendum ....................................................................................................... 27
Comparable Photos 1-3 ...................................................................................................... 28
Comparable Photos 4-6 ...................................................................................................... 29
USPAP Identification .......................................................................................................... 30
UAD Definitions Addendum ............................................................................................... 31
UAD Additional Appraiser Definitions Addendum ........................................................... 34
Subject - Property Detail Report - Page 1 ......................................................................... 35
Subject - Property Detail Report - Page 2 ......................................................................... 36
Subject - Property Detail Report - Page 3 ......................................................................... 37
Appraiser License ............................................................................................................... 38
Appraiser E&O Insurance ................................................................................................... 39

Uniform Residential Appraisal Report    File # 01232018

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | | | | |
|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | City | Sylmar | State CA | Zip Code 91342 |
| Borrower | N/A | Owner of Public Record | Angela Toledo | County | Los Angeles |

Legal Description    See attached property detail report

| Assessor's Parcel # | 2510-020-018 | Tax Year | 2017 | R.E. Taxes $ | 7,396 |
|---|---|---|---|---|---|

| Neighborhood Name | Sylmar | Map Reference | 31084 | Census Tract | 1061.13 |
|---|---|---|---|---|---|

Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $ 0    ☐ PUD    HOA $ ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)    Subject's current market value

Lender/Client    N/A    Address    13536 Beaver St. Sylmar, CA 91342

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).    Subject property has not been sold or offered for sale in the 36 months prior to effective date of this appraisal report per local MLS system and assessor records.

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.    N/A

| Contract Price $ | Date of Contract | Is the property seller the owner of public record? | ☐ Yes ☐ No Data Source(s) |
|---|---|---|---|

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.    N/A

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | PRICE $ (000) | AGE (yrs) | One-Unit | 86 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | Low 250 | 10 | 2-4 Unit | 2 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time | ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | High 980 | 90 | Multi-Family | 4 % |
| | | | | | | Pred. 500 | 65 | Commercial | 8 % |
| | | | | | | | | Other | % |

Neighborhood Boundaries    Almetz St. (North), Hubbard St. (South), Gavina Ave. (East), Herrick Ave. (West).

Neighborhood Description    The subject is located in a residential section of Los Angeles County in an area commonly known as "Sylmar". The neighborhood consists primarily of tract style SFR's with some commercial development located throughout the area. All support facilities and employment centers are located within a reasonable distance.The 210 freeway is approx 1/2 mile west from subject property.

Market Conditions (including support for the above conclusions)    Down payments typically average 3.5% to 20%. Property values appear to be stable. Most properties in the area are selling for their listing price with mixture of loans having conventional and FHA financing.

## SITE

| Dimensions | See attached plat map. | Area | 20,937 sf | Shape Rectangular | View N;Res; |
|---|---|---|---|---|---|

Specific Zoning Classification    LARA    Zoning Description    Single Family Residence (SFR)

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Paved Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 06037C1075F    FEMA Map Date 09/26/2008

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☒ Crawl Space | | Foundation Walls | Concrete/Avg. | Floors | WD/Crpt/Tile/Avg. |
| # of Stories | 1 | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | Stuccle/Damage | Walls | Drywall/Damage |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area 0 sq.ft. | | Roof Surface | Comp. Shingles/Avg. | Trim/Finish | Paint/Damage |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts | None | Bath Floor | Tile/Avg. |
| Design (Style) | Ranch | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Aluminum/Avg. | Bath Wainscot | Tile/Fiberglass/Avg. |
| Year Built | 1952 | Evidence of ☐ Infestation | None Noted | Storm Sash/Insulated | Unknown | Car Storage ☒ None | |
| Effective Age (Yrs) | 50 | ☐ Dampness ☐ Settlement | | Screens | None | ☐ Driveway # of Cars 0 | |
| Attic ☐ None | | Heating ☐ FWA ☐ HWBB ☐ Radiant | | Amenities | | Driveway Surface | |
| ☐ Drop Stair ☐ Stairs | | ☒ Other Wall Fuel Gas | | ☐ Fireplace(s) # 0 ☒ Fence Perimeter | | ☐ Garage # of Cars 0 | |
| ☐ Floor ☐ Scuttle | | Cooling ☐ Central Air Conditioning | | ☒ Patio/Deck Patio ☒ Porch Porch | | ☐ Carport # of Cars 0 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☒ Other Wall | | ☐ Pool None ☐ Other | | ☐ Att. ☐ Det. ☐ Built-in | |

Appliances ☐ Refrigerator ☐ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:    5 Rooms    3 Bedrooms    2 Bath(s)    1,658 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).    The dwelling appears to have a standard compliance of energy efficient items. These items are consistent with market expectations in the subject's neighborhood for improvements of similar age, quality and price range.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    C5;Kitchen-updated-six to ten years ago;Bathrooms-updated-timeframe unknown;The subject is of average quality construction and is in average condition in need of repairs. See attached photos for more details. Minimal physical depreciation is due to age. There is no apparent evidence of functional or external depreciation.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☒ Yes ☐ No If Yes, describe

Empty pool with green/black water. Large area of unpermitted construction attached to main dwelling and an unpermitted structure without foundation located behind main dwelling use as living area. See attached photos and sketch for more details.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Main File No. 01232018

Case 1:18-bk-10668-MT   Doc 23-4   Filed 06/15/18   Entered 06/15/18 15:31:58   Desc
Uniform Residential Appraisal Report
Exhibit 3   Page 4 of 41
File # 01232018

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| There are | 21 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 249,900 | | to $ 980,000 | | | |
| There are | 193 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 300,000 | | to $ 906,000 | | | |
| Address | 13536 Beaver St Sylmar, CA 91342 | 13546 Beaver St Sylmar, CA 91342 | | 13420 Borden Ave Sylmar, CA 91342 | | 13328 Astoria St Sylmar, CA 91342 | |
| Proximity to Subject | | 0.03 miles SW | | 1.55 miles W | | 0.92 miles N | |
| Sale Price | $ | | $ 480,000 | | $ 540,000 | | $ 610,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 376.18 sq.ft. | | $ 397.06 sq.ft. | | $ 304.39 sq.ft. | |
| Data Source(s) | | CRMLS#SR16765218;DOM 80 | | CRMLS#SR17105827;DOM 13 | | CRMLS#317003906;DOM 51 | |
| Verification Source(s) | | Doc#513735 | | Doc#813449 | | Doc#788665 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | CrtOrd FHA;10000 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s05/17;c04/17 | | s07/17;c05/17 | | s07/17;c06/17 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 20,937 sf | 26406 sf | -5,500 | 26028 sf | -5,000 | 16022 sf | +5,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Ranch | DT1;Ranch | | DT1;Ranch | | DT1;Ranch | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 66 | 69 | 0 | 65 | 0 | 70 | 0 |
| Condition | C5 | C4 | -50,000 | C4 | -50,000 | C2 | -80,000 |
| Above Grade | Total 5 Bdrms. 3 Baths 2.0 | Total 4 Bdrms. 2 Baths 2.0 | 0 | Total 5 Bdrms. 3 Baths 1.1 | +5,000 | Total 6 Bdrms. 3 Baths 3.0 | -10,000 |
| Gross Living Area | 1,658 sq.ft. | 1,276 sq.ft. | +31,000 | 1,360 sq.ft. | +24,000 | 2,004 sq.ft. | -28,000 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Wall/Wall | Wall/Wall | | FWA/Central | -5,000 | FWA/Central | -5,000 |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | None | None | | 2ga2gd2dw | -8,000 | 2ga2dw | -8,000 |
| Porch/Patio/Deck | Patio | Patio | | Patio | | Patio | |
| Pool/Spa | damage pool | None | 0 | None | 0 | None | 0 |
| Fireplace(s) | None | None | | None | | 1 Fireplace | -3,000 |
| Appliances | | | | | | | |
| Net Adjustment (Total) | | [ ] + [X] - $ | -24,500 | [ ] + [X] - $ | -39,000 | [ ] + [X] - $ | -129,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 5.1 % Gross Adj. 18.0 % $ | 455,500 | Net Adj. 7.2 % Gross Adj. 18.0 % $ | 501,000 | Net Adj. 21.1 % Gross Adj. 22.8 % $ | 481,000 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) Assessor Records

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) Assessor Records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/23/2004 | 12/22/1993 | 01/15/2016 | 09/25/1987 |
| Price of Prior Sale/Transfer | $450,000 | $174,000 | $397,509 | $106,000 |
| Data Source(s) | Assessor Rec # 679301 | CoreLogic | CoreLogic | CoreLogic |
| Effective Date of Data Source(s) | 01/23/2018 | 01/23/2018 | 01/23/2018 | 01/23/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The last transfer of the subject is recorded 03/23/2004. See property detail report for a complete transaction chain history. See data above for comparable sales transfers history over the previous 12 months period prior to their most recent sale.

Summary of Sales Comparison Approach   Sales developed are from subject neighborhood and are in acceptable proximity to the subject. They are the most recent and most comparable found. All values affecting dissimilarities were adjusted according to market reaction. Adjustments were made for GLA at $80.00 of the price per square foot of each comparable. Secondary market standards for net and gross adjustment percentages were met. The indicated range of values brackets the value of the subject.

Indicated Value by Sales Comparison Approach $   480,000

Indicated Value by: Sales Comparison Approach $   480,000   Cost Approach (if developed) $   Income Approach (if developed) $

Weight is place on the Direct Sales Comparison Approach as it reflects attitudes of buyers and sellers to current market conditions. The Cost Approach is not considered a valid approach to value. The Income Approach is not developed. Single family dwellings are primarily purchased as owner occupied dwelling and not for rental purposes.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   Appraisal conforms to Uniform Standards of Professional Practice and meets OCC standards.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $   480,000   , as of   01/23/2018   , which is the date of inspection and the effective date of this appraisal.

SALES COMPARISON APPROACH

RECONCILIATION

Main File No. 01232018

Case 1:18-bk-10668-MT    Doc 23-4    Filed 06/15/18    Entered 06/15/18 15:31:58    Desc
Uniform Residential Appraisal Report
Exhibit 3    Page 5 of 41
File #   01232018

**ADDITIONAL COMMENTS**

ENVIRONMENTAL COMMENT: The value estimate is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless other wise stated in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value. The subject was built before 1978. Lead based paint was a factor in properties built prior to this year and may be present in the subject improvement. Chipped and peeling paint was noted at the time of the inspection. Should there be a question concerning the presence of this or any detrimental environmental condition further testing by experts should be ordered.

COMMENTS ON THE SUBJECT:  The subject is a ranch style dwelling without a car garage. The subject is occupied by owner at time of the inspection. The roof is composition shingles. The windows are aluminum frame with screens. It is heated by a wall heating system. The kitchen is fully appliances. There is a living area difference between the assessor's records and the actual measurements. For purposes of this report the actual measurements are considered correct. See attached sketch and photos for more details.

COMMENTS ON THE SALES COMPARISON APPROACH: All sales are located within the subject marketing area and offer similar amenities and are consider the best comparables at time of inspection. All sales are similar and compare to the subject. Sale one is superior by lot size and property conditions. It is inferior by living area. Sale two is superior by lot size, property conditions and two car garage. It is inferior living area. Sale three is superior by property conditions, one bathroom, living area, cooling/heating system, two car garage and a fireplace. It is inferior by lot size. Sale four is superior by living area, one bathroom and two car garage. Sale five is superior by property conditions, two car garage and a fireplace. It is inferior by lot size. Consideration is given to the principal of substitution where a purchaser will consider similar properties with the same utility acting rationally and prudent on the basis of the information about the alternatives. All adjustments are based on the market perception of the value of the amenity.

Each of the comparable sales reflect and acceptable range of value. In this report sales one  and two reflects the strongest weight with the other sale providing the full range of value.

ESTIMATED INDICATED VALUE: Estimated indicated value is determined by using the Gross Adjustment of sale price for each comparable as a measure of the relative quality of the comp. A lower adjustment indicates a better company vice versa. The ratio of gross dollar adjustment to sale price for each of the comps is used to calculate the weight each comp should have in a weighted average calculation. This weighted average is used as the indicated value of the subject.

SITE ANALYSIS :The site is level with the street.  All public utilities are on and working.

| COST APPROACH TO VALUE (not required by Fannie Mae) | | | | |
|---|---|---|---|---|
| Provide adequate information for the lender/client to replicate the below cost figures and calculations. | | | | |
| Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) | N/A | | | |

**COST APPROACH**

| | | | | |
|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
| Source of cost data | DWELLING | 1,658 Sq.Ft. @ $ | =$ |
| Quality rating from cost service          Effective date of cost data | 0 Sq.Ft. @ $ | | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | |
| N/A | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less          Physical | Functional | External |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| Estimated Remaining Economic Life (HUD and VA only)    50    Years | INDICATED VALUE BY COST APPROACH | | =$ |

**INCOME**

| INCOME APPROACH TO VALUE (not required by Fannie Mae) | | |
|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier    = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | N/A | |

**PUD INFORMATION**

| PROJECT INFORMATION FOR PUDs (if applicable) | | | |
|---|---|---|---|
| Is the developer/builder in control of the Homeowners' Association (HOA)? | ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached | | |
| Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit. | | | |
| Legal Name of Project | | | |
| Total number of phases | Total number of units | Total number of units sold | |
| Total number of units rented | Total number of units for sale | Data source(s) | |
| Was the project created by the conversion of existing building(s) into a PUD? | ☐ Yes ☐ No   If Yes, date of conversion. | | |
| Does the project contain any multi-dwelling units? | ☐ Yes ☐ No  Data Source | | |
| Are the units, common elements, and recreation facilities complete? | ☐ Yes ☐ No  If No, describe the status of completion. | | |
| Are the common elements leased to or by the Homeowners' Association? | ☐ Yes ☐ No  If Yes, describe the rental terms and options. | | |
| Describe common elements and recreational facilities. | | | |

Uniform Residential Appraisal Report

File # 01232018

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:    The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:    The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:    The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Main File No. 01232018

Uniform Residential Appraisal Report

File # 01232018

APPRAISER'S CERTIFICATION:        The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:        The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature   Manuel Ramirez Jr. | Signature |
| Name   Manuel Ramirez Jr. | Name |
| Company Name   Century Appraising Services | Company Name |
| Company Address   P.O. Box 921057 | Company Address |
|    Sylmar, CA 91342 | |
| Telephone Number   (818) 269-7048 | Telephone Number |
| Email Address   mrr0509@yahoo.com | Email Address |
| Date of Signature and Report   01/30/2018 | Date of Signature |
| Effective Date of Appraisal   01/23/2018 | State Certification # |
| State Certification #   AR028375 | or State License # |
| or State License # | State |
| or Other (describe)                State # | Expiration Date of Certification or License |
| State   CA | |
| Expiration Date of Certification or License   10/11/2019 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

13536 Beaver St

Sylmar, CA 91342

APPRAISED VALUE OF SUBJECT PROPERTY $        480,000

LENDER/CLIENT

Name   Angela Toledo

Company Name   N/A

Company Address        13536 Beaver St. Sylmar, CA 91342

Email Address   N/A

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 13536 Beaver St Sylmar, CA 91342 | 14917 Bledsoe St Sylmar, CA 91342 | | 13206 Aztec St Sylmar, CA 91342 | | | |
| Proximity to Subject | | 1.75 miles W | | 0.50 miles NE | | | |
| Sale Price | $ | $ 500,000 | | $ 585,000 | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 254.84 sq.ft. | | $ 357.80 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | CRMLS#SR17198330;DOM 92 | | CRMLS#CV17102390;DOM 4 | | | |
| Verification Source(s) | | Doc#1493573 | | Doc#733832 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | | |
| Concessions | | Conv;0 | | FHA;31900 | -31,900 | | |
| Date of Sale/Time | | s12/17;c11/17 | | s06/17;c05/17 | 0 | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 20,937 sf | 19938 sf | 0 | 17383 sf | +3,500 | | |
| View | N;Res; | N;Res; | | N;Res; | | | |
| Design (Style) | DT1;Ranch | DT1;Ranch | | DT1;Ranch | | | |
| Quality of Construction | Q4 | Q4 | | Q4 | | | |
| Actual Age | 66 | 63 | 0 | 82 | 0 | | |
| Condition | C5 | C5 | | C4 | -50,000 | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 5 3 2.0 | 6 3 3.0 | -10,000 | 5 3 2.0 | | | |
| Gross Living Area | 1,658 sq.ft. | 1,962 sq.ft. | -24,000 | 1,635 sq.ft. | 0 | sq.ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Wall/Wall | Wall/None | 0 | Floor/Evap | 0 | | |
| Energy Efficient Items | Typical | Typical | | Typical | | | |
| Garage/Carport | None | 2ga2dw | -8,000 | 2ga2dw | -8,000 | | |
| Porch/Patio/Deck | Patio | Patio | | Patio | | | |
| Pool/Spa | damage pool | None | 0 | None | 0 | | |
| Fireplace(s) | None | None | | 1 Fireplace | -3,000 | | |
| Appliances | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | -42,000 | ☐ + ☒ - | -89,400 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 8.4 % | | Net Adj. 15.3 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 8.4 % $ 458,000 | | Gross Adj. 16.5 % $ 495,600 | | Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/23/2004 | 09/24/2004 | 06/06/1996 | |
| Price of Prior Sale/Transfer | $450,000 | $400,000 | $170,000 | |
| Data Source(s) | Assessor Rec # 679301 | CoreLogic | CoreLogic | |
| Effective Date of Data Source(s) | 01/23/2018 | 01/23/2018 | 01/23/2018 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    Sales developed are from subject neighborhood and are in acceptable proximity to the subject. They are the most recent and most comparable found. All value affecting dissimilarities were adjusted according to market reaction. Secondary market standards for net and gross adjustment percentages were met. The indicated range of values brackets the value of the subject.

Analysis/Comments    All comparables are verified closed sales in the subjects market area and considered the best available at the effective date of the appraisal.

Main File No. 01232018

**Market Conditions Addendum to the Appraisal Report**    File No. 01232018

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 13536 Beaver St | City | Sylmar | State | CA | ZIP Code | 91342 |
|---|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 96 | 52 | 45 | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 16 | 17.33 | 15 | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 22 | 26 | 21 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 1.38 | 1.5 | 1.4 | ☐ Declining | ☐ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $489,000 | $497,500 | $499,900 | ☐ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 20 | 10.5 | 23 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | $492,250 | $547,450 | $549,900 | ☐ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 40 | 23 | 15 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 100 | 100.22 | 100 | ☐ Increasing | ☐ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☐ No | | ☐ Increasing | ☐ Stable | ☐ Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    The CRMLS MLS indicates there were 193 closed sales during the past 12 months and 58 of those sales contained seller concessions which is 30% of the total transactions in this market area. Prior Months 7-12: 96 Sales; 29 with concessions; 30% of sales for this period. 4-6: 52 Sales; 18 with concessions; 35% of sales for this period. 0-3: 45 Sales; 11 with concessions; 24% of sales for this period. The concessions ranged between $200 and $31,900. The median concession amount is $5,000.

Are foreclosure sales (REO sales) a factor in the market?    ☐ Yes    ☐ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
The CRMLS MLS indicates there were 193 closed sales during the past 12 months and 19 of those sales were either foreclosures or short sales which is 10% of the total transactions in this market area. Prior Months 7-12: 96 Sales; 11 foreclosures or short sales; 11% of sales for this period. 4-6: 52 Sales; 5 foreclosures or short sales; 10% of sales for this period. 0-3: 45 Sales; 3 foreclosures or short sales; 7% of sales for this period.

Cite data sources for above information.    The CRMLS MLS was the data source used to complete the Market Conditions Addendum. Effective Date: Friday, January 26, 2018

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

**If the subject is a unit in a condominium or cooperative project , complete the following:**    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?    ☐ Yes    ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name | Manuel Ramirez Jr. | Supervisory Appraiser Name | |
| Company Name | Century Appraising Services | Company Name | |
| Company Address | P.O. Box 921057, Sylmar, CA 91342 | Company Address | |
| State License/Certification # | AR028375 | State | CA | State License/Certification # | | State | |
| Email Address | mrr0509@yahoo.com | Email Address | |

Freddie Mac Form 71    March 2009    Page 1 of 1    Fannie Mae Form 1004MC    March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Addendum**

| | | | | Main File No. 01232018 |
|---|---|---|---|---|
| Borrower | N/A | | | File No. 01232018 |
| Property Address | 13536 Beaver St | | | |
| City | Sylmar | County | Los Angeles | State CA | Zip Code 91342 |
| Lender/Client | Angela Toledo | | | |

The appraisal report is not a home inspection, the appraiser only performed a visual inspection of accessible areas and that the appraisal can not be relied to disclose conditions and/or defects in the property. A borrower or third party may receive a copy of the appraisal. It does not mean that the borrower or third party is an intended user as that term is defined in the URAR form.

**Notes:**

1) Appraiser uses local MLS system (CRMLS) to search for comparables.

2) Subject's public utilities were on and functional at time of inspection.

3) Subject property has a carbon monoxide detector at time of inspection.

4) Comparable sales 2 and 4 are in excess of a one mile radius. This is typical of the market alternatives in this value range and has no effect on marketability.

5) It's noted subject property has an unpermitted construction. See attached sketch and photo. Appraiser has not given any value for unpermitted construction and damage pool.  Appraiser will only give value to unpermitted construction, after an inspection from local department of building and safety is completed and a pool certification of proper function is obtained from a pool expert or general contractor.

Main File No. 01232018

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



Note: NOT TO SCALE. DIMENSION FOR DEMOSTRATION ONLY.
Unpermitted construction was done by owner approximately 8 years ago per owner at time of inspection.
See attached property detail report and photos for more details.

TOTAL Sketch by a la mode, inc.

### Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1658 Sq ft | 17 × 18 = 306 | |
| | | 22 × 25 = 550 | |
| | | 26 × 26 = 676 | |
| | | 9 × 14 = 126 | |
| **Total Living Area (Rounded):** | **1658 Sq ft** | | |
| **Non-living Area** | | | |
| Unpermitted Construction | 862 Sq ft | 19 × 20 = 380 | |
| | | 13 × 14 = 182 | |
| | | 15 × 20 = 300 | |
| Storage | 306 Sq ft | 18 × 17 = 306 | |
| Unpermitted Bldg | 640 Sq ft | 40 × 16 = 640 | |
| Porch | 60 Sq ft | 4 × 15 = 60 | |

Main File No. 01232018

| Borrower | N/A |
| Property Address | 13536 Beaver St |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo |



Main File No. 01232018

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



| Borrower | N/A |
|---|---|
| Property Address | 13536 Beaver St |
| City | Sylmar |
| County | Los Angeles |
| State | CA |
| Zip Code | 91342 |
| Lender/Client | Angela Toledo |



**InterFlood** by a la mode

Prepared for: Manuel Ramirez
13536 Beaver St
Sylmar, CA 91342

300 yards

MAP DATA

FEMA Special Flood Hazard Area: **No**
Map Number: **06037C1075F**
Zone: **X**
Map Date: **September 26, 2008**
FIPS: **06037**

MAP LEGEND

Powered by CoreLogic©

- Areas inundated by 500-year flooding
- Areas inundated by 100-year flooding
- Velocity Hazard
- Protected Areas
- Floodway
- Subject Area

Main File No. 01232018

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



**SUBJECT**
13536 Beaver St

**Subject Photo Page**

| Borrower | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | |
| City | Sylmar | County | Los Angeles | State CA | Zip Code 91342 |
| Lender/Client | Angela Toledo | | | | |

Main File No. 01232018



**Subject Front**

| | |
|---|---|
| 13536 Beaver St | |
| Sales Price | |
| Gross Living Area | 1,658 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 20,937 sf |
| Quality | Q4 |
| Age | 66 |



**Subject Rear**



**Subject Street**

Main File No. 01232018

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



Subject - Interior



Subject - Interior



Subject - Interior

Main File No. 01232018

Case 1:18-bk-10668-MT    Doc 23-4  Filed 06/15/18  Entered 06/15/18 15:31:58    Desc
Photograph Addendum    Exhibit 3    Page 19 of 41

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



Subject - Interior



Subject - Interior



Subject - Interior

Main File No. 01232018

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



Subject - Interior



Subject - Interior



Subject - Interior

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



Subject - Interior



Subject - unpermitted bathroom



Subject  - Rear addition
(unpermitted construction)

Main File No. 01232018

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | | State | CA | Zip Code 91342 |
| Lender/Client | Angela Toledo | | | | | | |



Subject  - Rear addition
(unpermitted construction) - Interior
(See attached sketch for more
details).



Subject  - Rear addition
(unpermitted construction) - Interior
(See attached sketch for more
details).



Subject  - Rear addition
(unpermitted construction) - Interior
(See attached sketch for more
details).

Main File No. 01232018

Photograph Addendum

| Borrower | N/A | | | | | | |
|----------|-----|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



Subject  - Rear addition
(unpermitted construction) - Interior
(See attached sketch for more
details).



Subject  - Rear addition
(unpermitted construction) - Interior
(See attached sketch for more
details).

Main File No. 01232018

| | |
|---|---|
| Borrower | N/A |
| Property Address | 13536 Beaver St |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo |



Subject  - Rear Building
(unpermitted construction)



Subject  - Rear Building
(unpermitted construction) - Interior
(See attached sketch for more
details).



Subject  - Rear Building
(unpermitted construction) - Interior
(See attached sketch for more
details).

Main File No. 01232018

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



Subject  - Rear Building (unpermitted construction) - Interior (See attached sketch for more details).



Subject  - Rear Building (unpermitted construction) - Interior (See attached sketch for more details).



Subject  - Rear Building (unpermitted construction) - Base without foundation.

Main File No. 01232018

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



Pool



Pool



Damage Stuccle

| Borrower | N/A | | | | | | |
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



Damage Stuccle



Damage Drywall



Damage Drywall

Main File No. 01232018

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13536 Beaver St | | | | | | |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo | | | | | | |



Damage Drywall

Main File No. 01232018

## Comparable Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | 13536 Beaver St |
| City | Sylmar |
| County | Los Angeles |
| State | CA |
| Zip Code | 91342 |
| Lender/Client | Angela Toledo |



### Comparable 1

13546 Beaver St

| | |
|---|---|
| Prox. to Subject | 0.03 miles SW |
| Sale Price | 480,000 |
| Gross Living Area | 1,276 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 26406 sf |
| Quality | Q4 |
| Age | 69 |



### Comparable 2

13420 Borden Ave

| | |
|---|---|
| Prox. to Subject | 1.55 miles W |
| Sale Price | 540,000 |
| Gross Living Area | 1,360 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 26028 sf |
| Quality | Q4 |
| Age | 65 |



### Comparable 3

13328 Astoria St

| | |
|---|---|
| Prox. to Subject | 0.92 miles N |
| Sale Price | 610,000 |
| Gross Living Area | 2,004 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 16022 sf |
| Quality | Q4 |
| Age | 70 |

Main File No. 01232018

| | |
|---|---|
| Borrower | N/A |
| Property Address | 13536 Beaver St |
| City | Sylmar | County | Los Angeles | State | CA | Zip Code | 91342 |
| Lender/Client | Angela Toledo |



### Comparable 4

| | |
|---|---|
| 14917 Bledsoe St | |
| Prox. to Subject | 1.75 miles W |
| Sale Price | 500,000 |
| Gross Living Area | 1,962 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 19938 sf |
| Quality | Q4 |
| Age | 63 |



### Comparable 5

| | |
|---|---|
| 13206 Aztec St | |
| Prox. to Subject | 0.50 miles NE |
| Sale Price | 585,000 |
| Gross Living Area | 1,635 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 17383 sf |
| Quality | Q4 |
| Age | 82 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Main File No. 01232018

| | | | File No. 01232018 |
|---|---|---|---|
| Borrower | N/A | | |
| Property Address | 13536 Beaver St | | |
| City | Sylmar | County Los Angeles | State CA    Zip Code 91342 |
| Lender/Client | Angela Toledo | | |

# APPRAISAL AND REPORT IDENTIFICATION

This Report is <u>one</u> of the following types:

☒ Appraisal Report    (A written report prepared under Standards Rule    2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted    (A written report prepared under Standards Rule    2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report,
Appraisal Report    restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time    (USPAP defines Exposure Time as the estimated length of time that the property interest being
appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:    30-90 days

## Comments on Appraisal and Report Identification
Note any USPAP related issues requiring disclosure and any State mandated requirements:
There are no departures from Standards Rules 1-2, 1-3, 1-4 or other related USPAP issues.
I have performed no (or the specified) services, as an appraiser or in any other capacity, regarding the property that is the subject of this
report within the three-year period immediately preceding acceptance of this assignment (USPAP 2012-2013 Edition, P. U-29)

**APPRAISER:**

Signature: _____
Name:  Manuel Ramirez Jr.

State Certification #:  AR028375
or State License #: _____
State:  CA    Expiration Date of Certification or License:  10/11/2019
Date of Signature and Report:  01/30/2018
Effective Date of Appraisal:  01/23/2018
Inspection of Subject:  ☐ None  ☒ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable):  01/23/2018

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature: _____
Name: _____

State Certification #: _____
or State License #: _____
State:    Expiration Date of Certification or License: _____
Date of Signature: _____

Inspection of Subject:  ☐ None  ☐ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable): _____

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Condition Ratings and Definitions

**C1**

The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| WD | Wood | Improvement/Material/conditions |
| Crpt. | Carpet | Improvement/Material/conditions |
| Tl. | Tile | Improvement/Material/conditions |
| Avg. | Average | Improvement/Material/conditions |
| Sup. | Superior | Improvement/Material/conditions |
| Inf. | Inferior | Improvement/Material/conditions |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011

Main File No. 01232018

File No.    01232018

UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

Other Appraiser-Defined Abbreviations (continued)

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 13536 Beaver St, Sylmar, CA 91342-3111, Los Angeles County



| 3 | 1,656 | 20,937 | $450,000 | Pre-foreclosure |
|---|---|---|---|---|
| Beds | Bldg Sq Ft | Lot Sq Ft | Sale Price | |
| 2 | 1952 | SFR | 03/12/2004 | |
| Baths | Yr Built | Type | Sale Date | |

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | **Toledo Angela** | Tax Billing Zip: | **91342** |
| Mail Owner Name: | **Angela Toledo** | Tax Billing Zip+4: | **3111** |
| Tax Billing Address: | **13536 Beaver St** | Owner Vesting: | **Single Woman** |
| Tax Billing City & State: | **Sylmar, CA** | Owner Occupied: | **Yes** |

### Location Information

| | | | |
|---|---|---|---|
| Zip Code: | **91342** | Comm College District Code: | **Los Angeles City** |
| Carrier Route: | **C046** | Census Tract: | **1061.13** |
| Zoning: | **LARA** | Topography: | **Rolling/Hilly** |
| School District: | **Los Angeles** | | |

### Tax Information

| | | | |
|---|---|---|---|
| APN : | **2510-020-018** | Block Number: | **32** |
| % Improved: | **37%** | Water Tax Dist: | **Southern California** |
| Tax Area: | **16** | | |
| Legal Description: | **THE MACLAY RANCHO LOT COM S 4659'30" E 30 FT FROM MOST N COR OF S 10 ACS OF BLK 32 TH N 4245'42" W 10.3 FT TH S 46 59'30" E 315.82 FT TH S 4245'42" E 10.30 FT TH SW PARALLEL WITH NW LINE OF OF** | | |

### Assessment & Tax

| Assessment Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Assessed Value – Total | $598,483 | $515,000 | $515,000 |
| Assessed Value – Land | $376,456 | $324,000 | $324,000 |
| Assessed Value – Improved | $222,027 | $191,000 | $191,000 |
| YOY Assessed Change ($) | $83,483 | $0 | |
| YOY Assessed Change (%) | 16.21% | 0% | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2015 | $6,370 | | |
| 2016 | $6,370 | -$1 | -0.01% |
| 2017 | $7,396 | $1,027 | 16.12% |

| Special Assessments | Tax Amount |
|---|---|
| Laco Vectr Cntrl80 | $8.97 |
| County Park Dist83 | $10.77 |
| Trauma/Emerg Srv86 | $70.21 |
| Flood Control 62 | $62.95 |
| Rposd Measure A 83 | $24.83 |
| La Stormwater 21 | $50.18 |
| Lacity Park Dist21 | $28.44 |
| Total Of Special Assessments | $256.35 |

### Characteristics

| | | | |
|---|---|---|---|
| County Land Use: | **Single Family Resid** | Sewer: | **Type Unknown** |
| Universal Land Use: | **SFR** | Heat Type: | **Central** |
| Lot Frontage: | **70** | Cooling Type: | **Central** |

Courtesy of Manuel Ramirez, Selective Realty & Investments, California Regional MLS - CN
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The
accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 01/29/2018
Page 1 of 3

Main File No. 01232018

Main File No. 01232018

| | | | |
|---|---|---|---|
| Lot Depth: | **300** | Garage Type: | **Attached Garage** |
| Lot Acres: | **0.4806** | Parking Type: | **Attached Garage** |
| Lot Area: | **20,937** | No. Parking Spaces: | **2** |
| Lot Shape: | **Irregular** | Roof Material: | **Composition Shingle** |
| Style: | **Conventional** | Roof Shape: | **Gable** |
| Building Sq Ft: | **1,656** | Construction: | **Frame** |
| Stories: | **1** | Interior Wall: | **Plaster** |
| Total Rooms: | **7** | Exterior: | **Stucco** |
| Bedrooms: | **3** | Floor Cover: | **Hardwood** |
| Total Baths: | **2** | Foundation: | **Raised** |
| Full Baths: | **2** | Pool: | **Pool** |
| Dining Rooms: | **1** | Year Built: | **1952** |
| Family Rooms: | **1** | Effective Year Built: | **1965** |
| Other Rooms: | **Dining Room, Family Room, Utility Room** | Equipment: | **Range Oven, Disposal, Range Hood** |
| Condition: | **Good** | Building Type: | **Type Unknown** |
| Quality: | **Average** | # of Buildings: | **1** |
| Water: | **Public** | | |

## Estimated Value

| | | | |
|---|---|---|---|
| RealAVM™ (1): | **$645,030** | Confidence Score (2): | **73** |
| RealAVM™ Range: | **$541,825 - $748,235** | Forecast Standard Deviation (3): | **16** |
| Value As Of: | **01/18/2018** | | |

(1) RealAVM™ is a CoreLogic® derived value and should not be used in lieu of an appraisal.

(2) The Confidence Score is a measure of the extent to which sales data, property information, and comparable sales support the property valuation analysis process. The confidence score range is 60 - 100. Clear and consistent quality and quantity of data drive higher confidence scores while lower confidence scores indicate diversity in data, lower quality and quantity of data, and/or limited similarity of the subject property to comparable sales.

(3) The FSD denotes confidence in an AVM estimate and uses a consistent scale and meaning to generate a standardized confidence metric. The FSD is a statistic that measures the likely range or dispersion an AVM estimate will fall within, based on the consistency of the information available to the AVM at the time of estimation. The FSD can be used to create confidence that the true value has a statistical degree of certainty.

## Last Market Sale & Sales History

| | | | |
|---|---|---|---|
| Recording Date: | **03/23/2004** | Sale Type: | **Unknown** |
| Sale Date: | **03/12/2004** | Deed Type: | **Grant Deed** |
| Sale Price: | **$450,000** | Owner Name: | **Toledo Angela** |
| Price Per Square Feet: | **$271.74** | Seller: | **Recendez Juan F & Angelica** |
| Document #: | **679301** | | |

| Recording Date | 03/23/2004 | 07/25/2002 | 10/13/1992 | 10/19/1989 | 10/19/1989 |
|---|---|---|---|---|---|
| Sale Date | 03/12/2004 | 07/08/2002 | | 10/1989 | 10/1989 |
| Sale Price | $450,000 | | $225,000 | | |
| Nominal | | Y | | | Y |
| Buyer Name | Toledo Angela | Recendez Juan F & Angelica | Walsh James | Sheveland Betty | Sheveland Betty |
| Seller Name | Recendez Juan F & Angelica | Reyes Angelica | Sheveland Betty | Rose Richard J | Sheveland Marcia |
| Document Number | 679301 | 1743835 | 1889236 | 1686067 | 1686066 |
| Document Type | Grant Deed | Grant Deed | Grant Deed | Quit Claim Deed | Quit Claim Deed |

| Recording Date | 11/01/1985 | 04/06/1983 |
|---|---|---|
| Sale Date | 08/1985 | |
| Sale Price | $160,000 | $90,000 |
| Nominal | | |
| Buyer Name | Rose Richard J | Barmby Shane |
| Seller Name | Barmby Shane | Barmby Lucille |
| Document Number | 1301479 | 380905 |
| Document Type | Grant Deed | Deed (Reg) |

## Mortgage History

| Mortgage Date | 05/17/2007 | 05/17/2007 | 12/07/2006 | 11/21/2005 | 04/12/2005 |
|---|---|---|---|---|---|
| Mortgage Amount | $47,000 | $576,000 | $47,576 | $75,000 | $447,000 |
| Mortgage Lender | Jp Morgan Chase Bk | Jp Morgan Chase Bk | General Elec Money Bk | Washington Mutual Bk Fa | Metrocities Mtg LLC |

Courtesy of Manuel Ramirez, Selective Realty & Investments, California Regional MLS – CN
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 01/29/2018
Page 2 of 3

Main File No. 01232018

| Mortgage Code | Conventional | Conventional | | Conventional | Conventional |
|---|---|---|---|---|---|
| Mortgage Date | 03/23/2004 | 07/09/2003 | 12/20/2002 | | |
| Mortgage Amount | $427,500 | $254,670 | $10,000 | | |
| Mortgage Lender | Wmc Mtg Corp | Americas Wholesale Lender | Wells Fargo Bk | | |
| Mortgage Code | Conventional | Conventional | Conventional | | |

## Foreclosure History

| Document Type | Notice Of Default | Release Of Lis Pendens/ Notice | Notice Of Trustee's Sale | Notice Of Trustee's Sale | Notice Of Default |
|---|---|---|---|---|---|
| Default Date | 11/20/2017 | | | | 12/15/2008 |
| Foreclosure Filing Date | 11/20/2017 | | 09/15/2010 | 03/17/2009 | 12/15/2008 |
| Recording Date | 11/21/2017 | 09/30/2011 | 09/17/2010 | 03/19/2009 | 12/16/2008 |
| Document Number | 1336831 | 1328330 | 1321920 | 393629 | 2207444 |
| Default Amount | $38,820 | | | | $34,286 |
| Final Judgment Amount | | | $662,831 | $606,529 | |
| Original Doc Date | 05/17/2007 | 12/16/2008 | 05/17/2007 | 05/17/2007 | 05/17/2007 |
| Original Document Number | 1202202 | 2207444 | 1202201 | 1202201 | 1202201 |

## Property Map



*Lot Dimensions are Estimated



Courtesy of Manuel Ramirez, Selective Realty & Investments, California Regional MLS – CN
The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 01/29/2018
Page 3 of 3

Main File No. 01232018



Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS
REAL ESTATE APPRAISER LICENSE

Manuel J. Ramirez

has successfully met the requirements for a license as a residential real estate appraiser in the State of
California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and
Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:        AR 028375

Effective Date:        October 12, 2017
Date Expires:        October 11, 2019

Jim Martin, Bureau Chief BREA

3036799

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"

Main File No. 01232018



**LIA Administrators & Insurance Services**



ASPEN

## APPRAISAL AND VALUATION
## PROFESSIONAL LIABILITY INSURANCE POLICY

### DECLARATIONS

**ASPEN AMERICAN INSURANCE COMPANY**
(A stock insurance company herein called the "Company")
175 Capitol Blvd. Suite 100
Rocky Hill, CT 06067

| Date Issued | Policy Number | Previous Policy Number |
|---|---|---|
| 11/20/2017 | AAI004324-03 | AAI004324-02 |

THIS IS A **CLAIMS** MADE AND REPORTED POLICY. COVERAGE IS LIMITED TO LIABILITY FOR ONLY THOSE **CLAIMS** THAT ARE FIRST MADE AGAINST THE **INSURED** DURING THE **POLICY PERIOD** AND THEN REPORT-ED TO THE COMPANY IN WRITING NO LATER THAN SIXTY (60) DAYS AFTER EXPIRATION OR TERMINATION OF THIS POLICY, OR DURING THE **EXTENDED REPORTING PERIOD**, IF APPLICABLE, FOR A **WRONGFUL ACT** COMMITTED ON OR AFTER THE **RETROACTIVE DATE** AND BEFORE THE END OF THE **POLICY PERIOD**. PLEASE READ THE POLICY CAREFULLY.

Item

**1.** Customer ID:  154870
Named **Insured:**
CENTURY APPRAISING SERVICES
Selective Realty and Investments
Manuel Ramirez
P.O. Box 921057
Sylmar, CA 91342

**2. Policy Period:** From: 12/30/2017  To:  12/30/2018
12:01 A.M. Standard Time at the address stated in 1 above.

**3. Deductible:** $1,000  Each **Claim**

**4. Retroactive Date:** 10/01/2003

**5. Inception Date:** 12/30/2015

**6. Limits of Liability:**  A.  $1,000,000    Each Claim
B.  $1,000,000    Aggregate

**7.** Mail all notices, including notice of **Claim**, to:
LIA Administrators & Insurance Services
1600 Anacapa Street
Santa Barbara, California 93101
(800) 334-0652;   Fax:  (805) 962-0652

**8. Annual Premium:**    $1,141.00

**9.  Forms attached at issue:**  LIA002 (12/14)   LIA CA (11/14)   LIA012 (12/14)   LIA018 (10/14)
LIA020 (10/14)   LIA023 (10/14)   LIA131 (10/14)   LIA140 (10/14)

This Declarations Page, together with the completed and signed Policy Application including all attachments and exhibits thereto, and the Policy shall constitute the contract between the Named Insured and the Company.

| 11/20/2017 | By _____ |
|---|---|
| Date | Authorized Signature |

LIA-001 (12/14)

Aspen American Insurance Company

# INVOICE

**FROM:**

Manuel Ramirez
Century Appraising Services
P.O. Box 921057
Sylmar, CA 91342

Telephone Number:  818-269-7048       Fax Number:  818-286-1974

**TO:**

Angela Toledo
13536 Beaver St
Sylmar, CA 91342

E-Mail:  lozadajulie@yahoo.com
Telephone Number:  818-941-5944       Fax Number:
Alternate Number:  818-414-9030

| INVOICE NUMBER | |
|---|---|
| 01232018 | |
| **DATES** | |
| Invoice Date: | 01/29/2018 |
| Due Date: | 01/29/2018 |
| **REFERENCE** | |
| Internal Order #: | |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | 01232018 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

| | | | | | |
|---|---|---|---|---|---|
| Lender: | N/A | Client: | Angela Toledo | | |
| Purchaser/Borrower: | N/A | | | | |
| Property Address: | 13536 Beaver St | | | | |
| City: | Sylmar | | | | |
| County: | Los Angeles | State: | CA | Zip: | 91342 |
| Legal Description: | See attached property detail report | | | | |

| FEES | AMOUNT |
|---|---|
| Summary Appraisal  - 1004 | 550.00 |
| **SUBTOTAL** | 550.00 |

| PAYMENTS | | | | AMOUNT |
|---|---|---|---|---|
| Check #: 1410724791 | Date: 01/23/2018 | Description: | Appraisal  - 1004 | 550.00 |
| Check #: | Date: | Description: | | |
| Check #: | Date: | Description: | | |
| | | | **SUBTOTAL** | 550.00 |
| | | | **TOTAL DUE** | $ 0 |

Form NIV5D - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE