DO NOT FILE - TO BE ATTACHED TO THE EXHIBITS FOR LODGING

Attorney for Plaintiff/Movant(s): ☐  or  Defendant/Respondent(s): ☒

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED SEP 24 2018 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

In re:

Angela Flores Toledo

Debtor(s)

Plaintiff/Movant(s)

vs.

Defendant/Respondent(s)

Case No.: 18-10668-MT

Adversary No.: _____

Chapter 7 ☐   11 ☐   13 ☒

**EXHIBIT REGISTER AND NOTICE**

**RE DISPOSITION OF EXHIBITS**

Hearing Date: 9/19/18

Hearing Time: 10:00 AM

Hearing Place: Courtroom 302
21041 Burbank Blvd.
Woodland Hills CA 91367

**LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)**

1.
2.
3.
4.
5.    See Attached
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.

B-3024  *  EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.
EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.

Revised 12/12

06836                                  0113

<u>In re Angela Flores Toledo</u>

Bankruptcy Case Number: 1:18-bk-10668-MT

## TRIAL BINDER INDEX

| Tab | Date* | Party | Document |
|-----|-------|-------|----------|
| 1. | F-06/15/18 | DEBTOR | MOTION TO AVOID JUNIOR LIEN WITH TRINITY FINANCIAL SERVICES, LLC WITH SUPPORTING DECLARATION OF DEBTOR, EXHIBITS, AND PROOF OF SERVICE [DOCKET NO. 23] |
| 2. | F-07/17/18 | CREDITOR | OPPOSITION TO MOTION TO AVOID JUNIOR LIEN WITH TRINITY FINANCIAL SERVICES, LLC [DOCKET NO. 30] |
| 3. | F-07/17/18 | CREDITOR | DECLARATION OF APPRAISER IN SUPPORT OF OPPOSITION TO MOTION TO AVOID JUNIOR LIEN WITH TRINITY FINANCIAL SERVICES, LLC, WITH EXHIBITS AND PROOF OF SERVICE [DOCKET NO. 30] |
| 4. | N/A | CREDITOR | 13546 BEAVER STREET COMP |
| 5. | N/A | CREDITOR | 13420 BORDEN AVE. COMP |
| 6. | N/A | CREDITOR | 13328 ASTORIA STREE COMP |
| 7. | N/A | CREDITOR | 14917 BLEDSOE STREET COMP |
| 8. | N/A | CREDITOR | 13206 AZTEC STREET COMP |
| 9. | N/A | CREDITOR | 13536 BEAVER OVERHEAD SITE MAP; 13546 BEAVER OVERHEAD SITE MAP; 14917 BLEDSOE OVERHEAD SITE MAP |
| 10. | N/A | CREDITOR | BEAVER COMPS |
| 11. | N/A | CREDITOR | GLADSTONE COMP |
| 12. | N/A | CREDITOR | EQUINEKEEPING BULLETIN |

---

*  D=Dated     S=Served     F=Filed     L=Lodged     E=Entered

IRV #4851-3130-3795 v1           -1-           TABLE OF CONTENTS
06836-0113

## NOTICE RE DISPOSITION OF EXHIBITS

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1). EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

9/21/18
Date

KATHLEEN J. CAMPBELL
U. S. Bankruptcy Court

By: _____
Deputy Clerk

Disposed of on _____

Withdrawn on _____

Deputy Clerk _____

By: _____

Revised 12/12