| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>N. Stephen Vokshori (SBN 245570)<br>Luke Jackson (SBN 230084)<br>Vokshori Law Group, APLC<br>1010 Wilshire Blvd., Ste. 1404<br>Los Angeles, CA 90017<br><br>Telephone: (213) 986-4323<br>Facsimile: (310) 881-6996<br>Email: luke@voklaw.com<br><br>☐ Debtor appearing without attorney<br>☒ Attorney for Debtor | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA   SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>Angela Flores Toledo,<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 1:18-bk-10668<br><br>CHAPTER 13<br><br>**DEBTOR'S NOTICE OF**<br>**(1) 11 U.S.C. SECTION 341(a) MEETING**<br>**OF CREDITORS, AND (2) HEARING ON**<br>**CONFIRMATION OF CHAPTER 13 PLAN,**<br>**WITH COPY OF CHAPTER 13 PLAN**<br><br>**11 U.S.C. SECTION 341(a) MEETING OF CREDITORS:**<br>DATE: 04/18/2018<br>TIME: 9:30 am<br><br>**PLAN CONFIRMATION HEARING:**<br>DATE: 11/27/2018<br>TIME: 9:30 am<br><br>**DEADLINE FOR OBJECTIONS TO PLAN**\*: 11/13/2018<br><br>(\*Debtor(s) must give at least 21 days' notice of response deadline and 35 days' notice of confirmation hearing. This notice initially must be served at least 14 days before the date first set for the Section 341(a) meeting. FRBP 2002(a)(9)&(b)(3), 3015(f), LBR 3015-1(b)(3), (d)(1) & (g)(1).) |

**NOTICE TO ALL CREDITORS AND OTHER INTERESTED PARTIES:**

1. Debtor will seek approval of the attached Chapter 13 Plan (Plan) at the Plan confirmation hearing listed above.
2. Any proposed modification of secured claims in the Plan will be by separate motion using LBR Form F 4003-2.4.JR.LIEN.MOTION, F 4003-2.1.AVOID.LIEN.RP.MOTION *or* F 4003-2.2.AVOID.LIEN.PP.MOTION as applicable.
3. Debtor and Attorney for Debtor are required to appear at the 11 U.S.C. Section 341(a) meeting of creditors; and all other interested parties are invited, but not required, to attend.
4. You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*       Page 1       **F 3015-1.02.NOTICE.341.CNFRM**

**SECTION 341(A) MEETING LOCATION:**

☐ 915 Wilshire Boulevard, 10th Floor, Room 1, Los Angeles, CA
☐ 411 West Fourth Street, 1st Floor, Room 1-154, Santa Ana, CA
☒ 21041 Burbank Boulevard, 1st Floor, Suite 100, Woodland Hills, CA
☐ 1415 State Street, 1st Floor, Room 148, Santa Barbara, CA
☐ 3801 University Avenue, 1st Floor, Room 101, Riverside, CA

**PLAN CONFIRMATION HEARING LOCATION:**

☐ 255 East Temple Street, Los Angeles, CA           ☐ 411 West Fourth Street, Santa Ana, CA
☒ 21041 Burbank Boulevard, Woodland Hills, CA       ☐ 1415 State Street, Santa Barbara, CA
☐ 3420 Twelfth Street, Riverside, CA

Courtroom: 302_____   Floor: _____

**OBJECTIONS TO PLAN:** If you object to the confirmation of the Plan, you must file your objection in writing with the court and serve a copy of it on Debtor, Attorney for Debtor, and the Chapter 13 Trustee before the Plan objection deadline stated above. Unless you timely file a written objection to the Plan and appear at the confirmation hearing, the court may treat your failure to do so as a forfeiture or waiver of your right to object to the plan, and may approve the Plan.

**APPEARANCES OF DEBTOR AND ATTORNEY FOR DEBTOR ARE REQUIRED AT BOTH THE SECTION 341(a) MEETING AND THE PLAN CONFIRMATION HEARING.** If the Chapter 13 Trustee determines at the Section 341(a) meeting that the case is ready for Plan confirmation, the Chapter 13 trustee may, but is not required to, stipulate that Debtor and counsel are excused from appearance at the Plan confirmation hearing (if the assigned judge permits the Chapter 13 Trustee to waive appearances). If the Chapter 13 Trustee determines at the Section 341(a) meeting that the Plan is NOT ready for confirmation, the Chapter 13 Trustee may, but is not required to, continue the Section 341(a) meeting and/or to request the court to continue the Plan confirmation hearing to a later date. **Unexcused failure by Debtor to appear at either the Section 341(a) meeting or the Plan confirmation hearing may result in dismissal of the case. The dismissal order may include a prohibition on being a debtor in any bankruptcy case for a period of 180 days pursuant to 11 U.S.C. § 109(g), or other remedies pursuant to applicable law.**

Date: 10/23/2018_____          /s/ N. Stephen Vokshori_____
                                 Signature of Debtor or Attorney for Debtor

                                 Vokshori Law Group, APLC_____
                                 Print name of law firm (if applicable)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 2                    **F 3015-1.02.NOTICE.341.CNFRM**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1010 Wilshire Blvd., Ste. 1404, LA, CA 90017

A true and correct copy of the foregoing document entitled: **DEBTOR'S NOTICE OF (1) 11 U.S.C. SECTION 341(a) MEETING OF CREDITORS, AND (2) HEARING ON CONFIRMATION OF CHAPTER 13 PLAN, WITH COPY OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/23/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[See attached Electronic Service List.]

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/23/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[See attached Creditor Mailing Matrix.]

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/23/2018 | Connie Lee | /s/ Connie Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                   Page 3                                   **F 3015-1.02.NOTICE.341.CNFRM**

**ELECTRONIC SERVICE LIST**

**1:18-bk-10668-MT Notice will be electronically mailed to:**

Rafael R Garcia-Salgado on behalf of Creditor Trinity Financial Services, LLC
rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com

Gina Hiatt on behalf of Creditor SELECT PORTFOLIO SERVICING, INC.
gina.hiatt@spservicing.com

Luke Jackson on behalf of Debtor Angela Flores Toledo
bankruptcy@voklaw.com, VokshoriSR75477@notify.bestcase.com;voklaw@ecf.courtdrive.com

Nancy L Lee on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com

Kelsey X Luu on behalf of Creditor The Bank of New York Mellon Trust Company NA, successor to The Bank of New York Trust Company, NA, as trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Series 2
ecfcacb@aldridgepite.com, kluu@ecf.inforuptcy.com

Richard J Reynolds on behalf of Creditor Trinity Financial Services, LLC
rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com

Elizabeth (SV) F Rojas (TR)
cacb_ecf_sv@ch13wla.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Nima S Vokshori on behalf of Debtor Angela Flores Toledo
stephen@voklaw.com,
voklaw@gmail.com;bankruptcy@voklaw.com;vokshorisr75477@notify.bestcase.com;voklaw@ecf.courtdrive.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:18-bk-10668-MT<br>Central District of California<br>San Fernando Valley<br>Tue Sep 25 13:43:47 PDT 2018 | SELECT PORTFOLIO SERVICING, INC.<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | Trinity Financial Services, LLC<br>c/o Burke, Williams & Sorensen, LLP<br>1851 East First Street<br>Suite 1550<br>Santa Ana, CA 92705-4067 |
| San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 | ERC/Enhanced Recovery Corp.<br>8014 Bayberry Road<br>Attn.: Bankruptcy<br>Jacksonville, FL 32256-7412 | JPMorgan Chase Bank, N.A.<br>P.O. Box 183166<br>Columbus, OH 43218-3166 |
| JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe LA 71203-4774 | Spruce Finance<br>50 Osgood Place #400<br>Attn: Christina Moore<br>San Francisco, CA 94133-4644 | Spruce/Indaspec Energy Services<br>976 South First Street<br>San Jose, CA 95110-3127 |
| The Bank of New York Mellon Trust Company NA<br>Serviced by Select Portfolio Servicing,<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119-3284 | Trinity Financial Services, LLC<br>2618 San Miguel Drive, Suite 303<br>Newport Beach, CA 92660-5437 | Trinity Financial Services, LLC<br>c/o Special Default Services, Inc.<br>17100 Gillette Ave.<br>Irvine, CA 92614-5603 |
| United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Angela Flores Toledo<br>13536 Beaver St.<br>Sylmar, CA 91342-3111 | Elizabeth (SV) F Rojas (TR)<br>Valley Executive Center<br>15260 Ventura Blvd., Suite 710<br>Sherman Oaks, CA 91403-5342 |
| Luke Jackson<br>Vokshori Law Group<br>1010 Wilshire Blvd., Ste. 1404<br>Los Angeles, CA 90017-5668 | Nima S Vokshori<br>Vokshori Law Group<br>1010 Wilshire Blvd Ste 1404<br>Los Angeles, CA 90017-5668 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)JPMORGAN CHASE BANK, N.A. | (u)The Bank of New York Mellon Trust Company |

End of Label Matrix
Mailable recipients    16
Bypassed recipients     3
Total                  19