```
N. STEPHEN VOKSHORI, ESQ. (SBN 245570)
Vokshori Law Group, PLC
1010 Wilshire Blvd., STE 1404
Los Angeles, CA 90017
Telephone (213) 986-4323
Facsimile (310) 881-6996
Email: Stephen@voklaw.com
```

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY

| | |
|---|---|
| In Re<br><br>ANGELA FLORES TOLEDO,<br><br>      Debtor. | Case No.: 1:18-bk-10668-MT<br><br>Chapter 13<br><br>DEBTORS' RESPONSE TO TRINITY FINANCIAL SERVICES, LLC'S OBJECTION TO CONFIRMATION OF THIRD AMENDED CHAPTER 13 PLAN<br><br>Date:    JANUARY 22, 2019<br>Time:    9:30 a.m.<br>Dept.:   302<br><br>Judge:   The Hon. M. Tighe |

    DEBTOR ANGELA FLORES TOLEDO ("Debtor") hereby opposes secured creditor Trinity Financial Services, LLC's ("Trinity") objection to confirmation of Debtor's Third Amended Chapter 13 Plan (the "Plan")in the above-referenced matter.  This opposition is based on the declarations cited herein.  In support of her opposition, Debtor respectfully states as follow:

**I.    INTRODUCTION**

Despite providing evidence to Trinity's counsel which shows Debtor's rent income and ability to confirm the Plan, Trinity continues to cast false aspersions without evidence on Debtor's income status.  Just because Debtor's entire income is dependent on rental income does not mean the case is wholly infeasible.  For the reasons set forth herein, the Court should overrule Trinity's objection to confirmation of the Plan and confirm the Plan.

**II.    STATEMENT OF FACTS**

At the October 23, 2018 confirmation hearing in this case, the Court ordered the Debtor to produce evidence of her plan contributors' commitment of income.

Debtor's counsel emailed Trinity's counsel with contribution letters declaring a prolonged history living there and commitment to continue living there, but Trinity's counsel responded with false claims that the declarants were unemployed and could not afford to pay rent to the Debtor.

Trinity's counsel continues to cast false aspersions against Debtor and the declarants without any evidence.

**III.  ARGUMENT**

**A.    The Plan is Feasible for Relying Entirely on Rental Income**

Trinity argues that this plan is infeasible because Debtor receives rent from family members but refers to the rent as family contributions.  Courts require "a firm commitment by the family member to make the contributions and a long and undisputed history of providing for the debtor." *In re Mercer*, No. 2:14-bk-31175-TD, 2015 WL 5735810, at *1 (Bankr. C.D. Cal.

Sept. 29, 2015).  "[A]s a general proposition, gratuitous payments to a debtor by his relatives do not constitute regular income." *In re Campbell*, 38 B.R. 193, 196 (Bankr. E.D.N.Y. 1984).  As Trinity points out, a court may permit exceptions where there has been a history of regular payments. *Id*.

Here, despite being extended family members, the declarants are actually tenants as they have been living with the Debtor and have been paying rental income for between 6 to 14 years. Three of the declarants have steady employment, have been employed for some time, and receive regular income as evidenced by the pay stubs attached to each declaration. The fourth receives regular disability income which he has used to pay rent for a significant period of time.

The declarations were executed under the penalty of perjury and they explain who each declarant is, how long they have paid rent to the Debtor, how they manage to afford the payments, and their plan to continue paying rent.  Besides one declarant who receives a steady disability income, all the other declarations have attached pay stubs that were current at the time the declarations were executed.

**B.    The Plan is Feasible Because the Debtor Has Regular Income**

To be eligible for Chapter 13 relief, the Debtor must be an "individual with regular income." 11 U.S.C. § 109(e).  The Code defines this term as an "individual whose income is sufficiently stable and regular to enable such individual to make payments under a plan under chapter 13." *Id*. § 101(30).

Here, Debtor had not previously filed tax returns for over 10 years because she was receiving Social Security income and

did not realize that she had to file returns for the rental income she received. Upon being made aware of the requirement, Debtor filed tax returns for 2016 and 2017 which reflect the rental income she receives from the declarants. Furthermore, not only has the Debtor been receiving rental income for at least the last 14 years, the declarants commit to continue paying rent for at least another five years which is more than enough to cover the duration of the Plan. The Debtor has also been making payments toward the Plan for almost a year and is current on it.

**IV.    CONCLUSION**

  Despite Trinity's objection and aspersions contained within that objection, Debtor has submitted sufficient evidence of the feasibility of her Plan. She is an individual with regular income, and she has received that regular rental income for a significant period of time.

Dated this January 04, 2019

/s/ N. Stephen Vokshori
N. Stephen Vokshori,
Attorney for Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1010 Wilshire Blvd., Ste. 1404, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): __DEBTORS' RESPONSE TO TRINITY FINANCIAL SERVICES, LLC'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN _____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _01/04/2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rafael R Garcia-Salgado on behalf of Creditor Trinity Financial Services, LLC: rgarcia@bwslaw.com, bantle@bwslaw.com, rjr-nef@bwslaw.com, jgomez@bwslaw.com; Gina Hiatt on behalf of Creditor Select Portfolio Servicing, Inc.: gina.hiatt@spservicing.com; Nancy L Lee (Courtesy NEF): bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com; Kelsey X Luu on behalf of Creditor The Bank of New York Mellon Trust Company NA, successor to The Bank of New York Trust Company, NA, as trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates, Series 2: ecfcacb@aldridgepite.com, kluu@ecf.inforuptcy.com; Richard J Reynolds on behalf of Creditor Trinity Financial Services, LLC: rreynolds@bwslaw.com, psoeffner@bwslaw.com, tmims@bwslaw.com, rjr-nef@bwslaw.com, fcabezas@bwslaw.com; Elizabeth Rojas (TR): cacb_ecf_sv@ch13wla.com; United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy: The Hon. Maureen A. Tighe, United States Bankruptcy Court, Central District of California, 21041 Burbank Blvd., Suite 324/Courtroom 302, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/4/2019 | Pedro Alarcon | /s/ Pedro Alarcon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**